# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1885

_____

Dennis Massie,                              *
                                            *
            Appellant,                      *
                                            *   Appeal from the United States
     v.                                     *   District Court for the
                                            *   Western District of Arkansas.
Anthony Timberlands, Inc.,                  *
                                            *   [UNPUBLISHED]
            Appellee.                       *

_____

Submitted: May 4, 2009
Filed: May 12, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Dennis Massie appeals the district court's[1] adverse grant of summary judgment on his personal injury claim against Anthony Timberlands, Inc., a lumber provider. After reviewing the record de novo, viewing the evidence in the light most favorable to Massie, see Pritchett v. Cottrell, Inc., 512 F.3d 1057, 1062-63 (8th Cir. 2008), we conclude that summary judgment was appropriate for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.